UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEO DURDEN,

        Plaintiff,

v.

GEICO ADVANTAGE INSURANCE COMPANY,

        Defendant.

C17-651 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion, docket no. 24, to supplement his response to defendant's motion for summary judgment is GRANTED. Although plaintiff's motion to supplement was improperly noted for the day after it was filed, defendant filed a substantive response within the time that would have been allowed if plaintiff's motion had been properly noted, and the Court therefore declines to strike plaintiff's motion to supplement. The supplemental materials submitted by plaintiff, namely the report of Robert B. Dietz and related documents, will be considered by the Court in deciding defendant's motion for summary judgment, along with defendant's objections to, and request to strike, such evidence.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of February, 2018.

                                     William M. McCool
                                     Clerk

                                     s/Karen Dews
                                     Deputy Clerk

MINUTE ORDER - 1