UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEO DURDEN,

        Plaintiff,

  v.

GEICO ADVANTAGE INSURANCE COMPANY,

        Defendant.

C17-651 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to continue the trial date and related deadlines, docket no. 56, is GRANTED in part and DENIED in part as follows.

    (a) The trial date is not stricken as plaintiff suggests, but is instead CONTINUED to February 11, 2019. The pretrial conference is RESCHEDULED to February 1, 2019, at 1:30 p.m. All motions in limine shall be filed by January 10, 2019. The agreed pretrial order, trial briefs, proposed voir dire questions, and proposed jury instructions shall be filed by January 25, 2019.

    (b) Plaintiff's request to reset the deadlines for joining additional parties and amending pleadings is DENIED.

    (c) Plaintiff's request to reopen discovery is GRANTED as follows. Any additional fact discovery relating solely to defendant's new affirmative defense, which is based on the "racing" exclusion in the insurance policy at issue, *see* Amended Answer (docket no. 53 at 8), shall be completed by September 21, 2018. Any additional expert testimony relating to defendant's new affirmative

MINUTE ORDER - 1

defense must be disclosed by October 10, 2018.  Any depositions of experts concerning opinions disclosed pursuant to this Minute Order shall be conducted on or before October 31, 2018.

(2)     Defendant's motion for summary judgment, docket no. 54, is RENOTED to November 23, 2018.  Any supplemental response by plaintiff shall not exceed twelve (12) pages in length and shall be filed by Wednesday, November 14, 2018.  Any supplemental reply by defendant shall not exceed six (6) pages in length and shall be filed by Wednesday, November 21, 2018.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk