1
2
3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

4

5   LEO DURDEN,

6                               Plaintiff,

7          v.                                        C17-651 TSZ

8   GEICO ADVANTAGE INSURANCE            MINUTE ORDER
    COMPANY,

9                               Defendant.

10

11         The following Minute Order is made by direction of the Court, the Honorable
    Thomas S. Zilly, United States District Judge:

12         (1)     Plaintiff's motion, docket no. 68, for an extension of the deadline to file
    dispositive motions is GRANTED as follows.  Plaintiff's motion for partial summary
13  judgment, docket no. 66, seeking to strike defendant's affirmative defense of racing will
    be treated as timely filed and properly noted for November 23, 2018.

14         (2)     Plaintiff's motion, docket no. 69, to amend the Minute Order entered
15  August 3, 2018, docket no. 61, to permit plaintiff to file a 24-page response to
    defendant's motion for summary judgment, docket no. 54, is DENIED.  Defendant's
16  motion for summary judgment is only 15 pages long.  Plaintiff has filed an 18-page
    cross-motion.  Plaintiff has shown no reason why he cannot adequately respond to
17  defendant's motion in the 12 pages allotted, particularly given that plaintiff will have an
    opportunity to file a reply in support of his cross-motion.

18         (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of
19  record.

           Dated this 13th day of November, 2018.
20

21                                                   William M. McCool
                                                     Clerk
22
                                                     s/Karen Dews
23                                                   Deputy Clerk

MINUTE ORDER - 1