UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEO DURDEN,

    Plaintiff,

v.

GEICO ADVANTAGE INSURANCE COMPANY,

    Defendant.

C17-651 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion for Summary Judgment re Coverage Exclusion for Racing, docket nos. 54, 63, is DENIED. Genuine disputes of material fact exist regarding whether Plaintiff was "racing" at the time of the automobile accident in question.

(2) Plaintiff's Motion for Partial Summary Judgment to Strike Affirmative Defense re: Racing, docket no. 66, is DENIED. Even under the narrow definition of "racing" advanced by Plaintiff, disputed material facts preclude summary judgment. Defendants offer the testimony of numerous eye-witnesses to the events surrounding the accident, all of whom believe that Plaintiff was racing at the time of the crash, notwithstanding his testimony to the contrary.

(3) The parties are directed to mediate by January 15, 2019, pursuant to LCR 39.1(c).

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of December, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1